# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**467**

**CA 14-01440**

PRESENT: SMITH, J.P., CARNI, LINDLEY, SCONIERS, AND DEJOSEPH, JJ.

---

VINCENT D. IOCOVOZZI, PLAINTIFF-APPELLANT,

V                                                                    ORDER

BONNETTE IOCOVOZZI, DEFENDANT-RESPONDENT.

---

LORRAINE H. LEWANDROWSKI, HERKIMER, FOR PLAINTIFF-APPELLANT.

LEVITT & GORDON, NEW HARTFORD (DEAN L. GORDON OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Herkimer County (Erin P. Gall, J.), entered October 17, 2013. The order granted the motion of defendant for an award of expert fees and counsel fees.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 23, 2015,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  May 1, 2015                          Frances E. Cafarell
                                               Clerk of the Court